NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HANSHOW AMERICA INC., HANSHOW TECHNOLOGY CO., LTD.,**
*Appellants*

**v.**

**SES-IMAGOTAG INC.,**
*Appellee*

———————————

2025-1806

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00189.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    HANSHOW AMERICA INC. V. SES-IMAGOTAG INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 3, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 3, 2025